# Court of Appeals
# of the State of Georgia

ATLANTA,  May 14, 2024

*The Court of Appeals hereby passes the following order:*

### A24D0332. WASHINGTON DAVIS v. THE FULTON COUNTY SNAP PROGRAM.

Based on the extremely limited application materials, it appears that Washington Davis filed a mandamus action in the superior court against the Fulton County SNAP Program. Davis later filed a motion for default judgment against the defendant. The superior court denied Davis's motion and dismissed his petition. He then filed a timely application for discretionary review in the Supreme Court,[1] which transferred the matter here upon finding no basis for jurisdiction there. See Case No. S24D0788 (Apr. 11, 2024).

OCGA § 5-6-34 (a) (7) permits a direct appeal from a judgment "granting or refusing to grant mandamus[.]" See *Carson v. Brown*, 348 Ga. App. 689, 690 (1) (a) (824 SE2d 605) (2019). No provision of the discretionary appeal statute, OCGA § 5-6-35, appears to apply here.

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Davis shall have ten days from the date of this order to file a notice of appeal with the superior court. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] Although Davis's filing was titled "Petition for a Writ of Mandamus," the Supreme Court interpreted it as an application for discretionary review of the superior court's ruling. We will do likewise.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,___05/14/2024_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*